No. 736, October Term, 1953. McRae *v.* Woods, Acting Housing Expediter, 347 U. S. 1017. Motion for leave to file petition for rehearing denied. Mr. Justice Harlan took no part in the consideration or decision of this motion.

No. 51. Association of Westinghouse Salaried Employees *v.* Westinghouse Electric Corp., 348 U. S. 437;

No. 184. Williamson, Attorney General of Oklahoma, et al. *v.* Lee Optical of Oklahoma, Inc. et al., 348 U. S. 483;

No. 199. Commissioner of Internal Revenue *v.* Glenshaw Glass Co. et al., 348 U. S. 426;

No. 559. Ridgeway *v.* Ridgeway, 348 U. S. 971;

No. 564. McRae *v.* United States, 348 U. S. 967;

No. 590. F. P. Newport Corp., Ltd. *v.* Sampsell, Trustee in Bankruptcy, et al., 348 U. S. 972;

No. 233, Misc. Skladd *v.* Bannan, Warden, 348 U. S. 973; and

No. 446, Misc. James *v.* United States, 348 U. S. 968. Petitions for rehearing denied. Mr. Justice Harlan took no part in the consideration or decision of these applications.

May 16, 1955.

No. 659. Pure Oil Co. *v.* Bowers, Tax Commissioner of Ohio. Appeal from the Supreme Court of Ohio. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. *William S. Evatt* and *Robert L. Barton* for appellant. *C. William O'Neill,* Attorney General of Ohio, and *W. E. Herron,* Assistant Attorney General, for appellee.